QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
   (shonmorgan@quinnemanuel.com)
  John W. Baumann (Bar No. 288881)
   (jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

  Cristina Henriquez (Bar No. 317445)
   (cristinahenriquez@quinnemanuel.com)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5000

Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-08437-LB<br><br>**STATEMENT OF RECENT DECISION**<br><br><br>Hearing Date: February 25, 2021<br>Hearing Time: 9:30 a.m.<br>Location: San Francisco Courthouse, Courtroom B |

Pursuant to Northern District of California Local Rule 7-3(d)(2), defendants Ancestry.com Operations, Inc.; Ancestry.com, Inc.; and Ancestry.com LLC (collectively "Ancestry") file this Statement of Recent Decision to notify the Court of the relevant February 10, 2021 decision in *Coffee v. Google, LLC*, Case No. 5:20-cv-03901-BLF (N.D. Cal.), ECF No. 56 at 7-14, addressing immunity under the Communications Decency Act.  A copy of the decision is attached.

Respectfully submitted,

DATED:  February 22, 2021    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *ced /s/ John W. Baumann*
Shon Morgan
John W. Baumann
Attorneys for ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC