1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2    (shonmorgan@quinnemanuel.com)
     John W. Baumann (Bar No. 288881)
3    (jackbaumann@quinnemanuel.com)
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017
5  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
6

7    Cristina Henriquez (Bar No. 317445)
     (cristinahenriquez@quinnemanuel.com)
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5000
10

11 Attorneys for ANCESTRY.COM OPERATIONS
   INC., ANCESTRY.COM INC., and
   ANCESTRY.COM LLC
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-08437-LB<br><br>**REVISED STATEMENT OF RECENT DECISION**<br><br><br><br>Hearing Date: February 25, 2021<br>Hearing Time: 9:30 a.m.<br>Location: San Francisco Courthouse, Courtroom B |
|---|---|

1    Pursuant to Northern District of California Local Rule 7-3(d)(2), defendants Ancestry.com
2  Operations, Inc.; Ancestry.com, Inc.; and Ancestry.com LLC (collectively "Ancestry") file this
3  Revised Statement of Recent Decision to notify the Court of the relevant February 10, 2021
4  decision in *Coffee v. Google, LLC*, Case No. 5:20-cv-03901-BLF (N.D. Cal.), ECF No. 56 at 7-14,
5  addressing immunity under the Communications Decency Act.  The Statement of Decision filed as
6  ECF No. 25 inadvertently omitted a copy of the decision, which is attached to this Revised
7  Statement of Decision.

    Respectfully submitted,

10  DATED:  February 22, 2021                QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP

                                             By */s/ John W. Baumann*
                                             Shon Morgan
                                             John W. Baumann
                                             Attorneys for ANCESTRY.COM OPERATIONS
                                             INC., ANCESTRY.COM INC., and
                                             ANCESTRY.COM LLC