| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| Shon Morgan (shonmorgan@quinnemanuel.com) | Michael F. Ram (Cal. Bar. No. 104805) mram@forthepeople.com |
| John W. Baumann (jackbaumann@quinnemanuel.com) | Marie N. Appel (Cal. Bar. No. 187483) mappel@forthepeople.com |
| 865 South Figueroa Street, 10th Floor Los Angeles, California 90017 | 711 Van Ness Avenue, Suite 500 San Francisco, CA 94102 |
| Telephone: (213) 443-3000 | Telephone: 415-358-6913 |
| Facsimile: (213) 443-3100 | Facsimile: 415-358-6293 |
| | |
| Cristina Henriquez (cristinahenriquez@quinnemanuel.com) | Benjamin R. Osborn (*pro hac vice*) ben@benosbornlaw.com |
| 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 | 102 Bergen St. Brooklyn, NY 11201 |
| Telephone: (650) 801-5000 | Telephone: 347-645-0464 |
| Facsimile: (650) 801-5000 | |
| | *Attorneys for Plaintiffs and the Proposed Class* |
| *Counsel for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:20-cv-08437-LB<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO MOTION TO DISMISS** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs MEREDITH CALLAHAN and GEOFFREY ABRAHAM ("Plaintiffs"), and Defendants ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., and ANCESTRY.COM LLC ("Ancestry"), by and through their undersigned counsel, hereby

stipulate to a two-week extension of time for Plaintiffs to respond to Defendant's Motion to Dismiss. In support of this stipulation, the parties stipulate to the following:

1. Plaintiffs filed a First Amended Class Action Complaint on March 22, 2021 (ECF No. 32). Defendants filed a Motion to Dismiss on April 5, 2021, noticed to be heard May 13, 2021 at 9:30 a.m. (ECF No. 33; ECF No. 34).

2. Plaintiffs' Opposition to Defendants' Motion to Dismiss is due April 19, 2021.

3. Because of competing obligations in a number of active matters, Plaintiffs need additional time to prepare their Opposition to Ancestry's Motion to Dismiss. Plaintiffs and Ancestry have agreed to extend Plaintiffs' time to file their Opposition by two weeks.  Plaintiff and Ancestry hereby respectfully request this Court grant this motion and enter the attached Order extending the deadline for Plaintiffs to file an opposition to Ancestry's Motion to Dismiss until **May 3, 2021**.

4. This is the first request for an extension of time on a filing deadline by either party.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated:  April 15, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BEN OSBORN LAW |
|---|---|
| By: /s/ *John W. Baumann* <br>       John W. Baumann | By: /s/ *Benjamin R. Osborn* <br>       Benjamin R. Osborn |

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: April 15, 2021,                              /s/ *Benjamin R. Osborn*
                                                           Benjamin R. Osborn

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____

3                                          _____

                                        Judge Laurel Beeler
4                                          United States Magistrate Judge