MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (104805)
mram@forthepeople.com
Marie N. Appel (187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-8437-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Magistrate Judge Laura Beeler |

1    Pursuant to Local Rule 7.3(d), Plaintiffs file this Statement of Recent Decision to bring the Court's attention to Judge John C. Coughenour's recent opinion in *Kolebuck-Utz v Whitepages, Inc.*, Case No. C21-0053- JJC (Exhibit A) in relation to the pending Motion to Dismiss and related briefing.

Dated: May 28, 2021

By:  /s/ Michael F. Ram
     Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn
(admitted *Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*