MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (104805)
mram@forthepeople.com
Marie N. Appel (187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  3:20-cv-8437-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Magistrate Judge Laura Beeler |

Pursuant to Local Rule 7.3(d), Plaintiffs file this Statement of Recent Decisions to bring the Court's attention to the following recent opinions in relation to the pending Motion to Dismiss and related briefing.

1. Judges Rosemary S. Pooler and Susan L. Carney's recent opinion in *Maddox v. Bank of N.Y. Mellon Tr.*, Case No. 19-1774 (Exhibit A).

2. Judge Lucy H. Koh's recent opinion in *Calhoun v. Google LLC*, Case No. 20-CV-05146-LHK (Exhibit B).

Dated: June 11, 2021                     By:  /s/ Michael F. Ram
                                              Michael F. Ram

                                             Michael F. Ram (SBN 104805)
                                             mram@forthepeople.com
                                             Marie N. Appel (SBN 187483)
                                             mappel@forthepeople.com
                                             MORGAN & MORGAN
                                             COMPLEX LITIGATION GROUP
                                             711 Van Ness Avenue, Suite 500
                                             San Francisco, CA 94102
                                             Telephone: (415) 358-6913
                                             Facsimile: (415) 358-6923

                                             Benjamin R. Osborn
                                             (admitted *Pro Hac Vice*)
                                             102 Bergen St.
                                             Brooklyn, NY 11201
                                             Telephone: (347) 645-0464
                                             ben@benosbornlaw.com

                                             *Attorneys for Plaintiffs*
                                             *and the Proposed Class*