UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MEREDITH CALLAHAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANCESTRY.COM INC., et al.,<br><br>Defendants. | Case No. 20-cv-08437-LB<br><br>**JUDGMENT** |

On June 15, 2021, the court granted the defendants' motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 15, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-08437-LB