Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Telephone: (415) 358-6293

Benjamin R. Osborn (admitted *Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN and LAWRENCE GEOFFREY ABRAHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br>　　　Defendants. | Case No.: 3:20-cv-8437-LB<br><br><br>PLAINTIFFS' NOTICE OF APPEAL |

Plaintiffs Meredith Callahan and Lawrence Geoffrey Abraham, by and through their undersigned attorneys, give notice that they are appealing the Order Dismissing First Amended Complaint ("Order"), entered on June 15, 2021 (ECF No. 46), to the United States Court of Appeal for the Ninth Circuit. A copy of the Order is attached as Exhibit 1.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, a Representation Statement is attached as Exhibit 2.

Dated:  July 12, 2021                    By:  ___/s/ Michael F. Ram_____
                                                                           Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (admitted *pro hac vice*)
ben@benosbornlaw.com
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs and the Proposed Class*