MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (104805)
mram@forthepeople.com
Marie N. Appel (187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEREDITH CALLAHAN AND LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM, INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-8437-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR INDICATIVE RULING**<br><br>Magistrate Judge Laura Beeler |

STATEMENT OF RECENT DECISION                                                  NO. 3:20-CV-8437-LB

Pursuant to Local Rule 7.3(d), Plaintiffs file this Statement of Recent Decision to bring the Court's attention to the following recent opinion in relation to Plaintiffs' pending Motion for Indicative Ruling and related briefing.

1. Judge Virginia M. Kendall's recent opinion in *Bonilla v. Ancestry*, Case No. 20-C-07390 (Exhibit A).

Dated: December 7, 2021                    By:  /s/ Michael F. Ram
                                                                        Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn
(admitted *Pro Hac Vice*)
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*