UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 16 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MEREDITH CALLAHAN; LAWRENCE GEOFFREY ABRAHAM, on behalf of themselves and all others similarly situated,

   Plaintiffs-Appellants,

v.

ANCESTRY.COM INC., a Delaware Corporation; et al.,

   Defendants-Appellees.

No. 21-16161

D.C. No. 3:20-cv-08437-LB
Northern District of California,
San Francisco

ORDER

 Plaintiffs-Appellants' Motion for Voluntary Dismissal of Appeal is GRANTED.

 The appeal is DISMISSED pursuant to Fed. R. App. P. 42(b). Costs are taxed against Plaintiffs-Appellants pursuant to Fed. R. App. P. 39(a)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7